UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-22766-CIV-WILLIAMS

DIANA FLOREZ,

    Plaintiff,

v.

WORKFORCE SOLUTION STAFFING, LLC, *et al.*,

    Defendants

_____/

### ORDER

**THIS MATTER** is before the Court on Chief Magistrate Judge Edwin G. Torres's Report and Recommendation ("***the Report***") (DE 46) on the partial motions for summary judgment filed by Plaintiff Diana Florez ("***Plaintiff***") and Defendants Workforce Solution Staffing, LLC, Martha De La Cruz, and Fernando De La Cruz ("***Defendants***"). (DE 30; DE 32.) In the Report, Chief Judge Torres recommends that the Court grant Defendants' Partial Motion for Summary Judgment ("***Defendants' Motion***") (DE 30) and grant in part and deny in part Plaintiff's Partial Motion for Summary Judgment ("***Plaintiff's Motion***"). (DE 32.) No objections to the Report have been filed.

Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The conclusions in the Report (DE 46) are **AFFIRMED AND ADOPTED**.

2. Defendants' Motion (DE 30) is **GRANTED**. Counts VII, VIII, and IX of Plaintiff's Complaint (DE 1-1) are **DISMISSED**.

3. Plaintiff's Motion (DE 32) is **GRANTED IN PART AND DENIED IN PART**.[1] Plaintiff's Motion is **GRANTED** with respect to Plaintiff's undisputed claims that: (i) Plaintiff was covered under the Fair Labor Standards Act ("**FLSA**") during the time period relevant to this case; (ii) Defendant Martha De La Cruz constitutes an "employer" under the FLSA; and (iii) Plaintiff constitutes an "employee" under the FLSA. However, Plaintiff's Motion is **DENIED** with respect to all remaining issues.

**DONE AND ORDERED** in Chambers in Miami, Florida on this 23rd day of February, 2022.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

---

[1] The Report states, "To be clear, Plaintiff['s partial motion for summary judgment] failed on every issue that Defendants' challenged and only succeeded on the issues in which Defendants were in agreement." (DE 46 at 17 n.2.) The Court concurs with this assessment.