UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-22766-CIV-WILLIAMS

DIANA FLOREZ,

    Plaintiff,

v.

MARTHA DE LA CRUZ and
FERNANDO DE LA CRUZ,

    Defendants.

_____/

## VERDICT FORM

**Do you find by a preponderance of the evidence:**

### PLAINTIFF'S EMPLOYER

1. That Defendant Fernando De La Cruz was Plaintiff Diana Florez's employer?

    Yes __✓__     No _____

    *If you answered "Yes," continue to Question #2. All remaining questions will apply to both Defendants in this case, Martha De La Cruz and Fernando De La Cruz.*

    *If you answered "No," this ends your deliberations as to Defendant Fernando De La Cruz. Proceed to Question #2 to continue your deliberations as to Defendant Martha De La Cruz.*

### PLAINTIFF'S MINIMUM WAGE CLAIM

2. That Plaintiff was paid the minimum wage for all hours worked during each week that she was employed by Defendant(s)?

    2018: Yes __✓__     No _____

    2019: Yes __✓__     No _____

    2020: Yes __✓__     No _____

    *If you answered "Yes" for all three years, this ends your deliberations as to Plaintiff's minimum wage claim and you must decide on Plaintiff's overtime claim; skip Question #3 and proceed to Question #4.*

    *If you answered "No" for one or more years, continue to Question #3.*

3. That Plaintiff should be awarded the following amount(s) as damages for unpaid minimum wages? You should only provide an amount for the year(s) in which you answered "Yes" in Question #2.

   **2018: $ _____**

   **2019: $ _____**

   **2020: $ _____**

   **Total (sum of the three dollar amounts above): _____**

   *Now that you have answered Question #3, continue to Question #4.*

## PLAINTIFF'S OVERTIME CLAIM

4. That Plaintiff resided on the employer's premises either "permanently" or for "extended periods of time" for any time during her employment with Defendant(s)?

   **Yes __✓_____**     **No _____**

   *If you answered "Yes," continue to Question #5.*

   *If you answered "No," skip Question #5 and proceed to Question #6.*

5. That the period of time that Plaintiff resided either "permanently" or for "extended periods of time" with Defendant(s) during her employment was:

   **Option A: During Plaintiff's entire employment?**

   **Yes _____**     **No __✓_____**

   **OR**

   **Option B: From the date __Sep 2018__ to the date __Sep 2019__.**

   *If you answered "Yes" to Option A, this ends your deliberations. Do not answer any further questions and have your Foreperson sign and date the last page of the Verdict Form.*

   *If you answered "No" to Option A, answer Option B and continue to Question #6.*

6. That Plaintiff worked more than 40 hours a week during any week that she was not permanently residing with Defendant(s)?

   Yes ____✓____           No _____

   *If you answered "Yes," continue to Question #7.*

   *If you answered "No," this ends your deliberations. Do not answer any further questions and have your Foreperson sign and date the last page of the Verdict Form.*

7. That Plaintiff was paid the overtime rate for all hours worked over 40 during each week that she was not permanently residing with Defendant(s)?

   Yes _____           No ____✓____

   *If you answered "Yes," this ends your deliberations. Do not answer any further questions and have your Foreperson sign and date the Verdict Form below.*

   *If you answered "No," continue to Question #8.*

8. That Plaintiff should be awarded the following amount(s) as damages for unpaid overtime wages?

   2018: $ _____
   2019: $ __3,750__
   2020: $ __2,250__

   Total (sum of the three dollar amounts above): __6,000__

   *Now that you have answered Question #8, this ends your deliberations. Have your Foreperson sign and date the Verdict Form below.*

**SO SAY WE ALL.**

_____
**Foreperson's Signature**

_____
**Foreperson's Printed Name**

Date: June 3rd 2022